**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**
www.flnb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 22-10118-KKS |
| Donnie Newbern Morgan, | Chapter 7 |
| Debtor. | |
| _____ / | |

**ORDER GRANTING MOTION OF ALLIANT CREDIT UNION.**
**FOR RELIEF FROM STAY (DOC. NO.: 21)**

This is before the Court upon the Motion for Relief from Stay (Doc. No. 21) filed by Alliant Credit Union ("Movant"). No party filed an objection within the proscribed time period, so the Court considers the matter unopposed. It is

**ORDERED**:

1. The Motion for Relief from Stay is GRANTED.

2. That the automatic stay imposed by 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

**a 2021 Riverstone VIN: 4X4FRSR22M0001537**

INTENTIONALLY LEFT BLANK

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the property, to gain possession of the property, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

**DONE AND ORDERED ON**  December 29, 2022        .

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by Chad D. Heckman
HLG File No.:  22-257